J. HOWARD JOHNSON, as Receiver, et al., Respondents, *v.* JOHN M. SMITH, as Treasurer of the County of Albany, et al., Appellants.

Submitted April 12, 1948; decided April 22, 1948.

MOTION to amend remittitur granted. Return of remittitur requested and, when returned, it will be amended to include (1) defendants Yetta V. Sandler, John Carroll and L. Berman, as appellants on the appeal in this court, and (2) Maurice Freedman as counsel for said appellants. [See 297 N. Y. 165.]